**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**WINSTON-SALEM DIVISION**
**Case No. 1:26-cv-00868-DAB-JGM**

| | |
|---|---|
| BUCKNER HEAVYLIFT CRANES, LLC, a North Carolina limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>S'N'S ERECTORS, INC., a Texas corporation,<br><br>Defendant. | **NOTICE OF SPECIAL APPEARANCE** |

Pursuant to Local Rule 83.1(d), **please take notice** of the special appearance of Patrick R. Boland of Momkus LLP as counsel of record for Defendant in the above-captioned civil action.

Mr. Boland certifies that he is an active member in good standing of the State of Illinois Bar. Mr. Boland further certifies that he understands that, by entering an appearance, he submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which he is specially appearing and that he will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials and other proceedings.

Mr. Boland is appearing in the above-captioned civil action in association with Benjamin S. Morrell of Taft Stettinius & Hollister LLP. Mr. Morrell is an active member in

good standing of the bar of this Court. Mr. Morrell certifies that he will remain responsible to this Court for the conduct of the litigation and acknowledges that he must sign all pleadings and papers, except for certificates of service. Mr. Morrell further certifies he will be present during pretrial conferences, potentially dispositive proceedings, and at trial.

Date: October 30, 2026

Respectfully submitted,

*/s/ Patrick R. Boland*

Patrick R. Boland
MOMKUS LLP
1001 Warrenville Road, Suite 500
Lisle, IL 60532
Telephone: (630) 434-0400
Facsimile: (630) 434-0444
pboland@momkus.com

*/s/ Benjamin S. Morrell*

Benjamin S. Morrell (NC Bar No. 56676)
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011
bmorrell@taftlaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system, which will send notice of such filing to all counsel of record.

Date: October 30, 2026

*/s/ Patrick R. Boland*